**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| DAVID MACK, § | |
| Plaintiff § | |
| § | CIVIL ACTION NO. |
| vs. § | |
| § | 4:14-cv-00155-RAS-DDB |
| DIVERSIFIED CONSULTANTS, INC., § | |
| Defendant § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE: Plaintiff David Mack enters the appearance of Russell S. Thompson IV of Thompson Consumer Law Group, PLLC as lead counsel of record.

Dated: May 16, 2014

    Respectfully submitted,

    /s/ Russell S. Thompson IV
    Russell S. Thompson IV
    Thompson Consumer Law Group, PLLC
    5235 E. Southern Ave D106-618
    Mesa, AZ 85206
    Telephone:    (888) 595-9111 ext. 338
    Facsimile:    (866) 317-2674
    rthompson@consumerlawinfo.com
    Attorney for Plaintiff David Mack

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID MACK, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | 4:14-cv-00155-RAS-DDB |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| Defendant | § | |

**CERTIFICATE OF SERVICE**

  I certify that on May 16, 2014, I filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, Sherman Division, using the Court's CM/ECF system which caused notice of this filing to be served upon all counsel of record identified below.

  Steven R. Dunn
  5420 LBJ Freeway, Suite 577
  Dallas, Texas 75240

                /s/ Russell S. Thompson IV
                Russell S. Thompson IV