## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID MACK, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | 4:14-cv-00155-RAS-DDB |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| Defendant | § | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE: Plaintiff David Mack enters the appearance of Joseph Panvini of Thompson Consumer Law Group, PLLC as co-counsel of record.

Dated: May 16, 2014

                                                                          Respectfully submitted,

                                                                          /s/ Joseph Panvini
                                                                          Joseph Panvini
                                                                          Thompson Consumer Law Group, PLLC
                                                                          5235 E. Southern Ave D106-618
                                                                          Mesa, AZ 85206
                                                                          Telephone:    (888) 595-9111 ext. 225
                                                                          Facsimile:     (866) 317-2674
                                                                          jpanvini@consumerlawinfo.com
                                                                          Attorney for Plaintiff David Mack

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID MACK, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | |
| | § | 4:14-cv-00155-RAS-DDB |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| Defendant | § | |

## **CERTIFICATE OF SERVICE**

I certify that on May 16, 2014, I filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, Sherman Division, using the Court's CM/ECF system which caused notice of this filing to be served upon all counsel of record identified below.

    Steven R. Dunn
    5420 LBJ Freeway, Suite 577
    Dallas, Texas 75240

                                      /s/ Joseph Panvini
                                      Joseph Panvini