IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID E. MACK** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:14CV155 |
| | § | |
| **DIVERSIFIED CONSULTANTS, INC.** | § | |
| | § | |
| Defendant. | § | |

### ORDER

Counsel having appeared in this matter on Plaintiff's behalf, all documents shall be served on them in accordance with the applicable rules of procedure, and Plaintiff's concerns as to the manner of service made on him as a *pro se* litigant are rendered moot (*see* Dkt. 7).

**SO ORDERED.**

**SIGNED** this 20th day of May, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE