IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DAVID E. MACK, <br> Plaintiff | § § § | |
| v. | § | CIVIL ACTION NO. 4-14-cv-155 |
| DIVERSIFIED CONSULTANTS, INC., <br> Defendant | § § § § | |

### AGREED ORDER ON DEFENDANT'S
### MOTION FOR SUBSTITUTION OF COUNSEL

CAME THIS DAY, the court considered Defendant's Motion for Substitution of Counsel. After considering the motion, the court

GRANTS the motion (Dkt. 14) and orders Steven R. Dunn to be withdrawn as attorney in charge for Defendant, Diversified Consultants, Inc.

ORDERS A. Lee Rigby and the law firm of Smith, Robertson, Elliott & Douglas, L.L.P. be substituted as attorney in charge for Diversified Consultants, Inc.

SO ORDERED.

SIGNED this 25th day of June, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE