IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID E. MACK | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:14CV155 |
| | § | |
| DIVERSIFIED CONSULTANTS, INC. | § | |
| | § | |
| Defendant. | § | |

## SCHEDULING ORDER

After reviewing the report from the parties required by Fed. R. Civ. P. 26(f) and after consulting with the parties by mail or a scheduling conference, the Court hereby enters the following Scheduling Order pursuant to this Court's Local Rule CV-16 and Fed. R. Civ. P. 16:

(1) Other parties shall be joined pursuant to Fed. R. Civ. P. 19 and 20 by **September 26, 2014**. A motion for leave to add parties is not necessary provided parties are added by this date, otherwise leave of court is required.

(2) Amended pleadings shall be filed by **September 26, 2014**. This includes, but is not limited to cross-claims, counter-claims, defenses, affirmative defenses, causes of action, remedies requested, and relief requested. A motion for leave to amend is not necessary.

(3) All motions to transfer, motions to remand, motions to dismiss, motions for summary judgment, or other dispositive motions, shall be filed by **May 20, 2015**. Unless leave of court is first obtained, a party may file no more than one motion for summary judgment.

(4) Disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rule CV-26(b) shall be made by the plaintiff by **January 19, 2015**, and by the defendant by **February 17, 2015**. Thereafter, each party shall have until **March 17, 2015** to object to any other party's expert witnesses. Such objections shall be made by a motion to strike or limit expert testimony and shall be accompanied by a copy of the expert's report in order to provide the Court with all of the information necessary to make a ruling on any objection.

(5) Pretrial disclosure pursuant to Fed. R. Civ. P. 26(a)(3) shall be made by the plaintiff by **August 31, 2015**, and by the defendant by **August 31, 2015**.

(6)      All fact discovery shall be commenced in time to be completed by **April 10, 2015**. In the event a discovery dispute arises, the court encourages the parties to contact the undersigned telephonically or, if it is an appropriate matter for the Discovery Hotline, to use the Discovery Hotline *before* filing a discovery motion to immediately obtain a ruling on discovery disputes.  *See* LOCAL RULE CV-26(e).

(7)      This case shall be mediated by **February 20, 2015**.  If the parties agree on a mediator, they shall so notify the Court of the name, address, and telephone number of the attorney-mediator by **January 19, 2015**.  If the parties cannot agree on a mediator, they shall notify the Court by the selection deadline so that the Court can select a mediator.

(8)      One copy of the Joint Final Pretrial Order prepared in accordance with Local Rule CV-16(b) and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in nonjury cases) shall be delivered by the plaintiff to the Court by **August 31, 2015**.  In order to enable the plaintiff to prepare and deliver the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in nonjury cases) to the Court, and to enable the defendant and any third parties to participate in the preparation of such documents, the plaintiff shall provide the plaintiff's share of the necessary information to all other parties by **July 24, 2015**.  Thereafter, all defendant and third parties shall provide their share of the information to plaintiff by **August 14, 2015**.

(9)      Any motions in limine shall be filed by **August 31, 2015**.  Responses to motions in limine shall be filed within the time provided by Local Rule CV-7.

(10)      This case is set for a Final Pretrial Conference and Trial Scheduling on **September 8, 2015**.

**SO ORDERED**.

**SIGNED this 28th day of July, 2014.**

                                           DON D. BUSH
                                           UNITED STATES MAGISTRATE JUDGE