IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID MACK, § | |
|    *Plaintiff* § | |
| § | CIVIL ACTION NO. |
| vs. § | 4:14-cv-00155-RAS-DDB |
| § | |
| DIVERSIFIED CONSULTANTS, INC., § | |
|    *Defendant* § | |

## **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

NOW COMES PLAINTIFF, by and through his attorney, Joseph Panvini, pursuant to Federal Rule of Civil Procedure 68 and hereby accepts Defendant Diversified Consultants, Inc.'s offer of judgment in the amount of $1,001.00, which is attached hereto as Exhibit A. This offer of judgment resolves Counts I, II, III, and IV of the operative complaint (Doc. 21), as to the amount damages and responsibility to pay fees and costs.  If the parties are unable to agree as to the amount of fees and costs to be paid, Plaintiff will file an appropriate motion with the Court. Plaintiff's claims under Counts V and VI of the operative complaint remain pending.

Dated: November 26, 2014     Respectfully Submitted,

/s/ Joseph Panvini
Joseph Panvini
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave D106-618
Mesa, AZ 85206
Telephone:   (888) 595-9111 ext. 225
Facsimile:    (866) 317-2674
jpanvini@consumerlawinfo.com
Attorney For Plaintiff David Mack

1

## **CERTIFICATE OF SERVICE**

I certify that on November 26, 2014, a true and correct copy of Plaintiff's Notice of Acceptance of Offer of Judgment was filed with the Clerk of the U.S. District Court for the Eastern District of Texas, Sherman Division, using the CM/ECF system of the Court. Notification of the foregoing was served on Defendant, Diversified Consultants, Inc. through counsel of record below via the ECF system of the Court as follows:

Whitney White
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson St.
Suite 440
Dallas TX 75202
wwhite@sessions-law.biz

/s/Tremain Davis
Tremain Davis