Revised: 8/21/2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Sherman     DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
**By Petoria Bell at 2:40 pm, Jan 09, 2015**

1. This application is being made for the following: Case # 14-cv-00155-RAS-DDB

Style/Parties: David E. Mack v. Diversified Consultants, Inc.

2. Applicant is representing the following party/ies: Diversified Consultants, Inc.

3. Applicant was admitted to practice in Florida (state) on 09/30/2005 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. (See Page 3)

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
See attached Exhibit A.

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Dayle M. Van Hoose do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 01/07/2015                    Signature _____ (/s/Signature)

Application Continued on Page 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Dayle M. Van Hoose

Bar Number /State 0016277 Florida

Firm Name:    Sessions, Fishman, Nathan & Israel, LLC

Address/P.O. Box:    3350 Buschwood Park Drive, Suite 195

City/State/Zip: Tampa, FL, 33618

Telephone #:   (813) 890-2463

Fax #:   (866) 466-3140

E-mail Address: dvanhoose@sessions-law.biz

Secondary E-Mail Address: _____

This application has been approved for the court on: _____ **1/9/15** _____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _Petonia Bell_____

Deputy Clerk

Application Instructions

Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once
approved, the clerk will email to you your new Login and  Password so that you will be able to
electronically file your application and pay the $100 fee on line. If you already have a login and
password, you will still need to wait for approval email  from the clerk before filing your
electronic application.  For Complete Instructions please visit the website
http://www.txed.uscourts.gov/

**Email Application**

This may be used to answer question 9.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filedagainst you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18.

None

# EXHIBIT A

## Courts Admitted to Practice:

Applicant has been admitted to practice before the following courts: United States District Court for the Middle District of Florida, United States District Court for the Southern District of Florida, United States District Court for the Northern District of Florida, United States District Court for the Eastern District of Michigan (Not Sworn), United States District Court for the Northern District of Illinois (Generally Admitted), United States District Court for the Southern District of Illinois (Generally Admitted), United States District Court for the Southern District of Texas (Generally Admitted) and the United States Court of Appeals for the 11th Circuit.

**EXHIBIT A**