# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **DAVID E. MACK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Case No. 4:14-CV-155-RAS-DDB** |
| | § | |
| **DIVERSIFIED CONSULTANTS,** | § | |
| **INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT NOTICE OF DESIGNATION OF MEDIATOR

Plaintiff, David E. Mack ("Plaintiff"), and Defendant, Diversified Consultants, Inc. ("DCI"), under the Federal Rules of Civil Procedure and pursuant to the Court's Scheduling Order, hereby state:

1.      On July 28, 2014, the Court entered a Scheduling Order (Dkt. 20) requiring the parties to conduct mediation by February 20, 2015 and agree on a mediator by January 19, 2015.

2.      The parties have agreed to conduct mediation with Mr. Mel Wolovits at Burdin Mediations, 4514 Cole Avenue, Ste. 1450, Dallas, TX 75205.  The parties have scheduled mediation for February 26, 2015.

WHEREFORE, Plaintiff, David E. Mack, and Defendant, Diversified Consultants, Inc., respectfully submit this Joint Notice of Designation of Mediator and for such other relief as this Court deems proper.

Respectfully submitted,

/s/ Joseph Panvini
Joseph Panvini
**Thompson Consumer Law Group, PLLC**
5235 East Southern Avenue D106-618
Mesa, Arizona 85206
Telephone: (602) 388-8875
Facsimile: (866) 317-2674
Email: jpanvini@consumerlawinfo.com

**Attorney for Plaintiff**

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3001
Facsimile:  (214) 741-3055
Email: wwhite@sessions-law.biz

Dayle M. Van Hoose
***Admitted Pro Hac Vice***
FL Bar No. 0016277
**Sessions, Fishman, Nathan & Israel, LLC**
3350 Buschwood Park Drive, Ste. 195
Tampa, FL 33618
Telephone: (813) 890-2460
Facsimile: (866) 466-3140
Email: dvanhoose@sessions-law.biz

**Attorneys for Defendant,**
**Diversified Consultants, Inc.**