IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID MACK, | § | |
| *Plaintiff* | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4:14-cv-00155-RAS-DDB |
| | § | |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction. Due to the nature of the parties' settlement, which terms are confidential, the settlement will likely not be fully consummated until May, 2015. Plaintiff therefore respectfully requests that this Court administratively close this case, but retain jurisdiction and allow the parties until May 29, 2015 to file final dismissal paperwork.

Dated: January 30, 2015

                                                Respectfully submitted,

                                                /s/ Joseph Panvini
                                                Joseph Panvini
                                                Thompson Consumer Law Group, PLLC
                                                5235 E. Southern Ave D106-618
                                                Mesa, AZ 85206
                                                Telephone:   (602) 388-8875
                                                Facsimile:   (866) 317-2674
                                                jpanvini@consumerlawinfo.com
                                                Attorney For Plaintiff David Mack

## CERTIFICATE OF SERVICE

I certify that on January 30, 2015, I electronically filed the foregoing Notice of Settlement with the clerk of the U.S. District Court, Eastern District of Texas, Sherman Division using the electronic case filing system of the court. Notification of the foregoing was sent via the Court's ECF system to:

Whitney White
Sessions, Fishman, Nathan & Israel, LLC
900 Jackson St., Suite 440
Dallas TX 75202
wwhite@sessions-law.biz

/s/ Joseph Panvini
Joseph Panvini