**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| DAVID MACK, | § | |
| *Plaintiff* | § | |
| | § | CASE NO. 4:14-cv-00155-RAS-DDB |
| vs. | § | |
| | § | |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| *Defendant* | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice, and without fees or costs to either party.

Respectfully submitted,

/s/ Joseph Panvini
Joseph Panvini
Thompson Consumer Law Group, PLLC
5235 E Southern Ave, D106-618
Mesa, AZ 85206
Telephone: (602) 388-8875
Facsimile: (866) 317-2674
jpanvini@consumerlawinfo.com
*Attorney-in-Charge for Plaintiff*

/s/ Whitney L. White
Whitney L. White, Esq.
Sessions, Fishman, Nathan & Israel, L.L.C.
900 Jackson Street, Suite 440
Dallas, TX 75202-4473
Telephone: (214) 741-3017
Facsimile: (214) 741-3055
wwhite@sessions-law.biz
*Attorney-in-Charge for Defendant*

## **CERTIFICATE OF SERVICE**

      I certify that on May 20, 2015, I electronically filed the foregoing Motion to Dismiss with the clerk of the U.S. District Court, Eastern District of Texas, Sherman Division, using the electronic case filing system of the court. Notification of the foregoing was sent electronically via the court's electronic case filing system to counsel of record below on May 20, 2015 as follows:

    Whitney L. White
    900 Jackson Street, Suite 440
    Dallas, TX 75202-4473

                                                      s/Joseph Panvini
                                                      Joseph Panvini