**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DAVID MACK, § | |
|    *Plaintiff* § | |
| § | CASE NO. 4:14-cv-00155-RAS-DDB |
| vs. § | |
| § | |
| DIVERSIFIED CONSULTANTS, INC., § | |
|    *Defendant* § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Based on the stipulation of the Parties [de #31], Plaintiff David Mack and Defendant Diversified Consultants, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice and without fees and costs to either party. This case shall be closed on the court's docket.

IT IS OS ORDERED.

**SIGNED this the 24th day of June, 2015.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE